IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY CROSS, | ) | No. C 11-3304 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH FUDENNA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

An order of judgment is hereby entered DISMISSING this action for lack of jurisdiction.

IT IS SO ORDERED.

DATED:   7/29/11

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Cross153jud.wpd