IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CROSS,<br><br>   Petitioner,<br><br> v.<br><br>KEITH FUDENNA, et al.,<br><br>   Respondents. | No. C 11-3304 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL<br><br>(Docket No. 5) |

  Petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 29, 2011, the Court denied Petitioner's petition for lack of jurisdiction, and entered judgment. In that same order, pursuant to the federal rules, the Court denied a certificate of appealability.

  On August 30, 2011, Petitioner filed a motion for extension of time to file a notice of appeal, along with a notice of appeal ("NOA"). Federal Rules of Appellate Procedure requires that an NOA "be filed with the Clerk of the district court within 30 days after the entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1). Here, Petitioner's NOA is untimely. However, Petitioner's motion avers that she never received notice of the Court's July 29, 2011 judgment. Federal Rule of Appellate Procedure 4(a)(5) allows a party to move for an extension of time if the party so moves within thirty days of the expiration of the time to file the notice, and shows excusable neglect or good cause. Good cause being shown, the Court GRANTS

Order Granting Motion for Extension of Time to File a Notice of Appeal
P:\PRO-SE\SJ.LHK\HC.11\Cross153eotapp.wpd

1 | Petitioner's motion for extension of time to file an NOA, and deems Petitioner's NOA timely
2 | filed.
3 |   IT IS SO ORDERED.
4 | DATED:   9/19/11

_____
LUCY H. KOH
United States District Judge